IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT R. PORTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-1736 |
| HARRY C. CANCELMI, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 3rd day of February, 2006, after consideration of Plaintiff's appeal of the Magistrate Judge's Order dated December 5, 2005, it is hereby ORDERED that the decision of the Magistrate Judge is AFFIRMED.

_____
Thomas M. Hardiman
United States District Judge

cc: all counsel of record